Helen C. Looney (SBN 324725)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:   helen.looney@bclplaw.com

Attorneys for Defendant CitiMortgage, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAGDALINE DEROSENA,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and CITIMORTGAGE, INC.;<br><br>       Defendants. | Case No. 4:21-cv-07898-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITIMORTGAGE, INC.'S MOTION TO DISMISS**<br><br>Date:  January 21, 2022<br><br>Time:  9:00 a.m.<br><br>Courtroom:  via ZOOM<br><br>Judge: Hon. Jeffrey S. White |

The Motion to Dismiss the Complaint of Plaintiff Magdaline Derosena ("Plaintiff") filed by Defendant CitiMortgage, Inc. ("Defendant") ("Motion") was heard on January 21, 2022 at 9:00 a.m. in the above-entitled Court, the Honorable Jeffrey S. White presiding.

The Court has read and considered the papers filed in support of and in opposition to the Motion, including Defendant's Request for Judicial Notice filed concurrently with the Motion, the arguments of counsel at the hearing, and the case file in this action.

Good cause appears for the requested relief, and the Court finds that Defendant's Motion should be granted for each and every cause of action on the grounds that Plaintiff has failed to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Request for Judicial Notice of Exhibit A thereto is hereby GRANTED;
2. Defendant's Motion to Dismiss Plaintiff's Complaint is hereby GRANTED without leave to amend;
3. The matter shall be dismissed with prejudice; and
2. Judgment shall be entered in favor of CitiMortgage, Inc. Plaintiff shall take nothing by this suit.

Dated: _____

                                                                 _____
                                                                 Honorable Jeffrey S. White
                                                                 United States Magistrate Judge