UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINE DEROSENA,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants. | Case No.  21-cv-07898-JSW<br><br>**ORDER TO SHOW CAUSE REGARDING LATE SUBMISSION** |

On October 29, 2021, the Court issued an Order setting an initial case management conference and ordering the parties to file a joint case management conference statement by December 30, 2021.  The parties failed to file a joint case management conference statement by the deadline.  The parties filed a tardy joint case management conference statement on January 3, 2022 but failed to include a statement explaining the reason behind the late filing or include a request that Court consider the late submission.  The parties are HEREBY ORDERED TO SHOW CAUSE why the Court should consider the late submission and explaining the failure to comply with the Court's deadline.  The response to this Order shall be due by January 4, 2022.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
JEFFREY S. WHITE
United States District Judge