UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINE DEROSENA,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, et al.,<br><br>Defendants. | Case No. 21-cv-07898-JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING**<br><br>Re: Dkt. No. 35 |

On April 28, 2022, Defendant Trans Union, LLC, filed a motion for judgment on the pleadings, which is noticed for a hearing on June 24, 2022.  Plaintiff's opposition was due on May 12, 2022.  Plaintiff has not filed an opposition to the motion.  Accordingly, the Court VACATES the hearing scheduled for June 24, 2022.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not grant Trans Union's motion as unopposed.  If Plaintiff seeks to file a belated opposition to the motion, her response to this Order to Show Cause must attach a proposed opposition and demonstrate good cause for her failure to comply with the Court's deadlines.  Plaintiff's response shall be due by no later than June 6, 2022.

If Plaintiff seeks to file a belated opposition brief, and if the Court determines that Plaintiff has shown good cause for the failure to file a timely opposition, it shall set a deadline for Trans Union to file a reply.

**IT IS SO ORDERED.**

Dated: May 16, 2022

_____
JEFFREY S. WHITE
United States District Judge